**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Timothy Charles HUDSON, a/k/a TC
Hudson, Defendant—Appellant.**

No. 08–7418.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 4, 2009.

Decided: June 8, 2009.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Margaret B. Seymour, District Judge. (6:98–cr–00930–MBS–1).

Timothy Charles Hudson, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Charles Hudson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hudson,* No. 6:98–cr–00930–MBS–1 (D.S.C. July 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*